```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

SHERRY A. TULK,

      Plaintiff,

v.                                                    Civil Action No. 2:15-11653

RIC CAVENDER, and EAST END
MAIN STREET, and CHARLESTON
MAIN STREETS, and AFFILIATE
ORGANIZATIONS, and AMY McLAUGHLIN,
and MARY BETH HOOVER, and MARYANNE
CRICKARD, and ROB THOMAS, and
MIKE PUSKIN, and MARY JEAN DAVIS,
and MARC WEINTRAUB, and DICKINSON
GOULD, and JIM EDWARDS, and LORI
BRANNON, and SARAH HALSTEAD, and
WEST END MAIN STREET, and JOSH DODD,
and MESH DESIGN AND DEVELOPMENT,

      Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, filed on February 15, 2017, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, therefore, ORDERED that the motions contained in ECF Document Nos. 23, 25, 31, 35, 44, 46 and 57 are denied without prejudice.  It is further ordered that this matter be, and it hereby is, recommitted to United States Magistrate Judge Dwane L. Tinsley.

The Clerk is directed to forward copies of this written opinion and order to plaintiff, all counsel of record and the United States Magistrate Judge.

DATED: March 13, 2017

John T. Copenhaver, Jr.
United States District Judge